FILED
2021 Jun-17 AM 10:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

Judge R. David Proctor

Hugo L. Black United Stated Courthouse

1729 5th Avenue North Birmingham AL, 35203

Calvin Lee

169 Pinhook Rd.

Moulton AL, 35650

This is in reference to the court order Case# 5:66-CV-0445-RDP Lawrence County Board of Education, Plaintiff Patrice Ann Horton Defendant Lawrence County Board of Education,

This is one of the violation I found in regard this court order.

1. When a vacancy occurs, the Director of Personnel and /or his/her designee shall post the vacancy in compliance with applicable state laws. Posting shall also be placed on the school districts website, displayed at each school and program site maintained by the school district, and distributed to the Moulton Advertiser.

They are not recruiting African American teachers in this districts. Last year there was only 335 whites and 25 black, and that is within 13 schools in that district. They do not have any intentions on hiring any additional African American teachers.

If any addition information is needed please contact me at (251)-224-3749 or email calvinlee1207@hotmail.com

Calvin Lee
169 Pinlock Rd.
Moulton AL 35650

Judge R. David Proctor
Hugo L. Black United States Courthouse
1729 5th Avenue North Birmingham AL 35203

7021 0950 0002 1755 5735





U.S. POSTAGE PAID
FCM LETTER
MONTGOMERY, AL
36106
JUN 11 2:
AMOUNT
$4.
R2305K14

35203

