IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| PATRICIA ANN HORTON, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | NO. 5:66-cv-0445-RDP |
| | ) | |
| v. | ) | |
| | ) | |
| LAWRENCE COUNTY BOARD OF EDUCATION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**OPPOSED MOTION OF LAWRENCE COUNTY BOARD OF EDUCATION
FOR APPROVAL OF SCHOOL CLOSURE
AND MODIFICATION OF ATTENDANCE ZONES**

The Lawrence County Board of Education ("Board") moves this Court for approval of the Board's plan to close R.A. Hubbard High School and corresponding changes to the Board's student attendance boundaries. The Board's Motion is opposed by the Private Plaintiffs. The Board and Private Plaintiffs have worked to resolve this matter for the last two years. Counsel for the Board has communicated regularly with counsel for the Private Plaintiffs regarding the Board's proposed plan since 2019. Between 2019 and today, the Board has responded to numerous requests for information from the Private Plaintiffs related to the closure of R.A. Hubbard High School. In September 2021, the Private Plaintiffs completed a site visit where counsel for the Private Plaintiffs toured various schools operated by the Board, including R.A. Hubbard High School. On September 29, 2021, following the site visit, counsel for both parties held a post-site visit meeting via Zoom where the Board informed the Private Plaintiffs that it would wait approximately one additional month before beginning the process for formally closing R.A. Hubbard High School. The following day, the Private Plaintiffs submitted an

additional request for information based on the site visit. The Board responded to that request for information on October 6, 2021. The Board and Private Plaintiffs' efforts to resolve this dispute are described more fully in the affidavit of Dr. Jon Bret Smith. Despite the parties' efforts, the parties' negotiations have failed. In short, the parties disagree on whether the Board's decision to close R.A. Hubbard High School would benefit the students of R.A. Hubbard High School and whether such closure is consistent with the Board's desegregation obligations.

This Motion is filed as part of the Board's continuing obligation to desegregate its schools and eliminate the vestiges of past *de jure* segregation to the extent practicable. See Holton v. City of Thomasville Sch. Dist., 425 F.3d 1326, 1336-39 (11th Cir. 2005). The Board's motion is narrow in focus and does not seek unitary status as to any of the factors listed in Green v. County School Board of New Kent County, Virginia, 391 U.S. 430 (1968). Instead, the Board only seeks approval of its plan to close R.A. Hubbard High School and rezone students attending R.A. Hubbard High School to Hatton High School, East Lawrence High School, and East Lawrence Middle School. In support of this Motion, the Board has submitted the following:

1. Brief of Lawrence County Board of Education in Support of the Motion for Approval of School Closure and Modification of Attendance Zones; and
2. Affidavit of the Lawrence County Board of Education Superintendent Dr. Jon Bret Smith.

RESPECTFULLY SUBMITTED the 10th day of January 2022.

                                            /s/Christopher M. Pape
                                            Christopher M. Pape
                                            J. R. Brooks
                                            Zachary B. Roberson
                                            Attorneys for Defendants

CERTIFICATE OF SERVICE

I certify that I have filed the foregoing with the Clerk of the Court using the CM/ECF electronic filing system which will send notification of such filing to those parties of record who are registered for electronic filing, and further certify that those parties of record who are not registered for electronic filing have been served by mail by depositing a copy of the same in the United States mail, first class postage prepaid.

/s/ Christopher M. Pape
Christopher M. Pape

OF COUNSEL
LANIER FORD SHAVER & PAYNE, P.C.
P. O. Box 2087
Huntsville, AL 35804
Phone: 256-535-1100
Fax: 256-533-9322