# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| PATRICIA ANN HORTON, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | NO. 5:66-cv-0445-RDP |
| | ) | |
| v. | ) | |
| | ) | |
| LAWRENCE COUNTY BOARD OF EDUCATION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING CORRECTED EVIDENTIARY SUBMISSION

On January 10, 2022, the Defendant, Lawrence County Board of Education, filed an Opposed Motion for School Closure and Modification of Attendance Zones and Brief in Support of Motion for School Closure and Modification of Attendance Zones. Defendant also attempted to file the Affidavit of Jon Bret Smith with supporting exhibits in further support of its motion.

The Affidavit of Jon Bret Smith and exhibits thereto did not properly file due to technical errors caused by the presence of hyperlinks in the documents. The Defendant has removed the offending hyperlinks, and, today, it files the same affidavit and supporting exhibits it attempted to file yesterday. To be clear, the documents filed today are the same in all respects except for the removal of the hyperlinks.

RESPECTFULLY SUBMITTED this 11 January 2022.

       /s/ Christopher M. Pape
       Christopher M. Pape
       J. R. Brooks
       Zachary B. Roberson
       Attorneys for Defendants

CERTIFICATE OF SERVICE

      I certify that I have filed the foregoing with the Clerk of the Court using the CM/ECF electronic filing system which will send notification of such filing to those parties of record who are registered for electronic filing, and further certify that those parties of record who are not registered for electronic filing have been served by mail by depositing a copy of the same in the United States mail, first class postage prepaid.

      /s/ Christopher M. Pape
      Christopher M. Pape

OF COUNSEL
LANIER FORD SHAVER & PAYNE, P.C.
P. O. Box 2087
Huntsville, AL 35804
Phone: 256-535-1100
Fax: 256-533-9322