FILED
2022 Apr-13 PM 05:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| PATRICIA ANN HORTON, et. al., | ) |
| Plaintiffs, | ) |
| v. | ) CASE NO.: 5-66-cv-0445-RDP |
| LAWRENCE COUNTY BOARD OF EDUCATION, et. al., | ) |
| Defendants. | ) |

## JOINT REPORT OF PARTIES

COME NOW, the Parties, consistent with the Court's April 13, 2022, Order (Doc. 62), and file this Joint Report. This Joint Report identifies the areas without factual dispute and other areas where examination of witnesses may be necessary either due to issues identified by the Parties or the Court.

### A. Undisputed Facts

While the Parties disagree as to the conclusions to be drawn from the following undisputed facts – these different conclusions will be addressed by the Parties during oral argument – the Parties do not dispute and, therefore, do not anticipate witness examination as to the following:

1. The 2020 census data;

2. The Defendant's characterization of the voting districts as being different from the student attendance boundaries;

3. The current attendance boundaries have not changed since the 2009 consolidation;

4. That even without closing R.A. Hubbard ("RAH") there is currently one voting district that does not contain a high school, and that if RAH is closed, District 1 would be the second voting district without a high school;

5. Per pupil expenditure data;

6. The amount of ESSER money the District received or that it will expire;

7. The Education Trust Fund Advancement and Technology money the District received or that it is not permanent money;

8. The Simplified Sellers Use Tax ("SSUT) the District received and that it did not receive it for this fiscal year;

9. That larger high schools earn more teacher units from the State's Foundation Program;

10. The projected enrollment of Hatton High School, East Lawrence High School, and East Lawrence Middle School if the Court approves the Board's Motion;

11. The existing and proposed school bus route data and times prepared by the District;

12. That the closure of RAH will increase the transportation time for, at least, some Black students;

13. That the District's plan includes additional bus routes for afterschool activities;

14. RAH's current average class sizes and the projected class sizes for Hatton High School, East Lawrence High School, and East Lawrence Middle School if the Court approves the Board's motion;

15. The ACT scores for high school students from school years 2017 to 2021;

16. The College and Career Readiness data and the description of College and Career Readiness from the Alabama State Department of Education

17. The authenticity of the yearbook photos offered as an exhibit to the Superintendent's Supplemental Affidavit; and

18. Voting District 1 and School Board District 1 communities of Lawrence County, Alabama are where a majority of Black residents in Lawrence County reside.

## B. Disputed Facts and Possible Areas of Examination

The following list includes the factual areas that the Parties dispute:

1. Whether the District meaningfully considered alternatives to the closure of RAH;

2. The District's compliance with Court Orders; and

3. The District's compliance with its general desegregation obligations.

## C. Possible Witness Participation

1. The Defendants will make the Superintendent, Dr. Jon Bret Smith, available to address the questions raised in B or any other questions the Court may have about the Board's proposal. Although the foundational financial information is not in dispute, the Defendants will make Suzy Berryman, the Chief School Financial Officer available to answer any of the Court's questions.

2. The Private Plaintiffs will make (i) Dr. Erica Frankenberg, Ph.D.; (ii) William "Bill Cooper"; (iii) LaWanda Watkins; and (iv) Kristin Warren, each of whom served as a declarant in support of their Brief in Opposition to the Board's Motion, available to address the questions raised in B or any other questions the Court may have. Dr. Frankenberg and Mr. Cooper will be available virtually.

RESPECTFULLY SUBMITTED this the **13** day of **April 2022**.

| | |
|---|---|
| /s/Christopher M. Pape | /s/Victor M. Jones |
| Christopher M. Pape | Victor M. Jones |
| Zachary B. Roberson | GeDa Jones Herbert |
| Taylor P. Brooks | NAACP LEGAL DEFENSE & |
| Attorneys for Defendants | EDUCATIONAL FUND, INC. |
| OF COUNSEL | 700 14th Street N.W., Suite 600 |
| LANIER FORD SHAVER & | Washington, DC 20005 |
| PAYNE, P.C. | Phone: (202) 682-1300 |
| P. O. Box 2087 | Fax: (202) 682-1312 |
| Huntsville, AL 35804 | vjones@naacpldf.org |
| Phone: 256-535-1100 | gherbert@naacpldf.org |
| Fax: 256-533-9322 | |
| cmp@lanierford.com | |